■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES SMITH, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of Erie County Court convicting defendant of violation of Penal Law, § 1751, subd. 3.) Present — Vaughan, J. P., Kimball, Wheeler, Williams and Bastow, JJ.

■ JAMES R. STOLZ, Appellant, v. JOSEPH PAWLUS, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur, except McCurn, P. J., who dissents and votes for reversal and for granting a new trial. (Appeal from a judgment of Onondaga Trial Term for defendant for no cause of action in an automobile negligence action.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ VIRGINIA PAWLUS, Appellant, v. JOSEPH PAWLUS, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur, except McCurn, P. J., who dissents and votes for reversal and for granting a new trial. (Appeal from a judgment of Onondaga Trial Term for defendant for no cause of action in an automobile negligence action.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY H. STEVENS, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Wyoming County Court dismissing a writ of habeas corpus and remanding relator to the custody of the Warden of Attica Prison.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY LANGERT, Appellant, against ROBERT E. MURPHY, as Warden of Auburn State Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Cayuga Special Term, dismissing a writ of habeas corpus and remanding relator to the custody of the Warden of Auburn Prison.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ HELEN MALONEY, as Administratrix of the Estate of JOHN L. MALONEY, Deceased, Appellant, v. GLEN ORBAKER et al., Respondents. — Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, upon the ground that the jury verdict is against the weight of evidence. All concur. (Appeal from a judgment of Wayne Trial Term for defendants for no cause of action in an action for damages for the death of plaintiff's intestate alleged to have resulted by reason of negligence in excavation work.) Present — Vaughan, J. P., Kimball, Wheeler, Williams and Bastow, JJ.

■ PAUL P. PACHKUS, Respondent, v. JOHN MATTEI, Appellant.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Monroe Trial Term, for plaintiff in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ.

■ ELEANOR C. LITTLE et al., Respondents, v. WAYNE PARKER et al., Appellants.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Monroe Equity Term for plaintiffs in an action for specific performance.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Bastow, JJ.

■ GEORGE COLON CONTRACTING CORPORATION, Appellant, v. JOSEPH J. MORRISON et al., Constituting the Watertown Housing Authority, Respondents.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Jefferson Supreme Court dismissing plaintiff's complaint in an action for breach of contract.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM KUYAL (True Name — ORISON WYNCOOP), Appellant.— Order affirmed. All